Submitted on record and briefs July 31, sentence vacated; remanded for resentencing; otherwise affirmed August 30, 2006

STATE OF OREGON,
*Respondent,*

*v.*

JEFFREY SCOTT RENNER,
*Appellant.*

C033105CR; A127007

142 P3d 1078

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Ernest G. Lannet, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Seann C. Colgan, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Defendant was convicted of delivery of a controlled substance, *former* ORS 475.992,[1] after entry of a guilty plea, and was ordered to pay restitution in the amount of $2,100 at sentencing. On appeal, defendant raises several constitutional challenges to his sentence. We reject those challenges for the reasons set forth in *State v. Clark*, 205 Or App 338, 134 P3d 1074 (2006), and *State v. Fuerte-Coria,* 196 Or App 170, 100 P3d 773 (2004), *rev den*, 338 Or 16 (2005). Defendant further asserts that the trial court erred in imposing $1,100 of the restitution amount because the damages in question did not result from the crime of conviction. The state concedes that imposition of $1,100 of the restitution was erroneous. We agree and accept the state's concession. *State v. Seggerman*, 167 Or App 140, 145, 3 P3d 168 (2000).

Sentence vacated; remanded for resentencing; otherwise affirmed.

---

[1] ORS 475.992 was renumbered ORS 475.840 in 2005.